No. 03–5822. SHORTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5823. SIMMS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5824. RIVERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5827. NEWTON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5828. MURRAY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5832. BULLOCK *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5833. VITUG *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. 5th Cir. Certiorari denied.

No. 03–5834. LYDON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–5836. KEYS *v.* HENDRICKS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–5837. CASTRO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5838. ELROD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5840. STILLS *v.* CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5844. WILLIAMS *v.* SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–5850. HOPPER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5851. SELLERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓

No. 03–5853. LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▓▓▓▓▓▓▓▓▓▓▓▓